**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| **EMILIO TEMORES,** | ) |
|        **Plaintiff,** | ) Case No. EDCV 09-1931 AJW |
|        v. | ) **J U D G M E N T** |
| **MICHAEL J. ASTRUE,** **Commissioner of the Social Security Administration,** | ) |
|        **Defendant.** | ) |

**IT IS ADJUDGED** that the Commissioner's decision is **reversed**, and this case is **remanded** to the Commissioner for further administrative proceedings consistent with the memorandum of decision filed concurrently herewith.

December 14, 2010

_____
ANDREW J. WISTRICH
United States Magistrate Judge